# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED APRIL 19, 2013

### NO. 03-12-00594-CV

**S. Belinda Wright, Appellant**

**v.**

**The First National Bank of Bastrop; Cody Mauck, Individually and as President of First National Bank of Bastrop, Elgin Branch; The Davis Law Firm; and Johnnie F. Davis, Appellees**

**APPEAL FROM THE 21ST DISTRICT COURT OF BASTROP COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD
AFFIRMED -- OPINION BY CHIEF JUSTICE JONES**

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, it is the opinion of this Court that there was no error requiring reversal in the trial court's order: **IT IS THEREFORE** considered, adjudged and ordered that the trial court's order is in all things affirmed. It is **FURTHER** ordered that the appellant pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.